IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO COPON ABUEG, JR., | No. C11-0176 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE AND FAILURE TO PROSECUTE** |
| v. | |
| WIS INTERNATIONAL and BRUCE NICHOLAS, | |
| Defendants. | |

This matter has recently been re-assigned to the undersigned District Judge, located at 450 Golden Gate Avenue, San Francisco, CA 94010. This matter came on for a regularly-scheduled case management conference on Wednesday, October 12, 2011. Defendant was present through counsel on the telephone, but pro se plaintiff Ernesto Copon Abueg, Jr. did not appear, nor did he contact the Court in any way concerning his absence.

Defendants' Case Management Statement was filed without plaintiff's participation. Defendants represent that they "have not been able to establish regular communication with the Plaintiff." Dkt. 36, plage 1. During the Case Management Conference, defense counsel stated that he has been unable to receive a response from plaintiff using mail, email or telephone.

Plaintiff is hereby ORDERED to show cause, **in writing filed with the Court and served on opposing counsel no later than October 24, 2011**, why he failed to appear and whether he intends to continue with this action. In the event an adequate response is not provided by October 24, 2011, this action may be dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 12, 2011

SUSAN ILLSTON
United States District Judge