**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO COPON ABUEG, JR., | No. C11-0176 SI |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSESCUTE** |
| v. | |
| WIS INTERNATIONAL and BRUCE NICHOLAS, | |
| Defendants. | |

This matter came on for a regularly-scheduled case management conference on Wednesday, October 12, 2011. Defendant was present through counsel on the telephone, but pro se plaintiff Ernesto Copon Abueg, Jr. did not appear, nor did he contact the Court in any way concerning his absence. Thereafter, on October 12, 2011, this Court issued an Order to Show Cause to plaintiff Abueg, ordering him to show cause in writing to be filed no later than October 24, 2011, why he failed to appear and whether he intended to continue with this action. Mr. Abueg was notified that if an adequate response was not provided by October 24, 2011, this action might be dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff did not file anything by October 24, 2011 or thereafter, nor has he contacted the court in any way. Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 21, 2012

SUSAN ILLSTON
United States District Judge