IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNESTO COPON ABUEG, JR.,           No. C11-0176 SI

      Plaintiff,                               **JUDGMENT**

  v.

WIS INTERNATIONAL and BRUCE NICHOLAS,

      Defendants.
                                            /

       This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 21, 2012

                                                            SUSAN ILLSTON
                                                            United States District Judge